UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
8:49 am, Jun 08, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

DR. CHEIKH SEYE, )
    Plaintiff, )
v. ) CAUSE NO: 1:17-cv-04384-JPH-MJD
THE BOARD OF TRUSTEES OF )
INDIANA UNIVERSITY a/k/a )
INDIANA UNIVERSITY-PURDUE )
UNIVERSITY INDIANAPOLIS, )
    Defendant. )

## PLAINTIFF'S NOTICE FOR APPEAL

Notice is given that Cheikh. I Seye, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals from the final Judgment entered and signed on May 8, 2020 by Judge Patrick T. Hanlon granting Summary Judgment to Defendant.

Respectfully Submitted,

Cheikh I. Seye
1218 Tartan Place
Columbia, MO 65203
Tel: 573-999-2941
Email: chertfalls@yahoo.com

1